NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PHIL MIRANDA LUNA,                      )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D16-4073
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____)

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Polk
County; John K. Stargel, Judge.

Daniel F. Daly, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, KHOUZAM, and BADALAMENTI, JJ., Concur.